David V. Roth (State Bar No. 194648)
  dvr@manningllp.com
Evgenia Jansen (State Bar No. 291570)
  exj@manningllp.com
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant J.C. PENNEY CORPORATION, INC.
(erroneously sued as J.C. Penney Company, Inc.)

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA G. CORDERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.C. PENNEY PROPERTIES, INC. and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | No. 2:19-cv-0653 KJM DB<br><br>**JOINT STIPULATION FOR ORDER TO MODIFY SEPTEMBER 6, 2019 PRETRIAL SCHEDULING ORDER AND ORDER** |

Plaintiff IRMA G. CORDERO and Defendant J.C. PENNEY CORPORATION, INC., through their respective undersigned counsel, hereby respectfully submit the following Joint Stipulation and (Proposed) Order to Modify the Court's September 6, 2019 Pretrial Scheduling Order which established the following deadlines for this case:

1. Discovery to be completed by **May 1, 2020**.

2. Disclosure of expert witnesses to be completed by **August 3, 2020**.

3. Rebuttal expert designation to be completed by **September 4, 2020.**

4. Expert discovery to be completed by **October 2, 2020.**

//

## STIPULATION

4828-8304-0953.1

**NOTICE OF MOTION AND MOTION IN LIMINE #1; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THERETO**

In light of the Bay Area's "shelter in place" order, which has been extended through May 3, 2020, and COVID-19 epidemic, the parties agree that good cause exists to allow sixty (60) days continuance of the discovery, and respective continuance of the disclosures of expert witnesses, and expert discovery.

Respectfully submitted,

DATED: March 31, 2020

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: _____
Evgenia Jansen
David V. Roth
Attorneys for Defendant
J.C. PENNEY CORPORATION, INC., erroneously sued as J.C. Penney Company, Inc.

DATED: April 2, 2020

**GOODROW LAW OFFICE**

By: _____
Russell L. Goodrow
Attorney for PLAINTIFF
Irma G. Cordero

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: April 7, 2020
/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER (PROPOSED)