David V. Roth (State Bar No. 194648)
  dvr@manningllp.com
Evgenia Jansen (State Bar No. 291570)
  exj@manningllp.com
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant J.C. PENNEY CORPORATION, INC.
(erroneously sued as J.C. Penney Company, Inc.)

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA G. CORDERO,<br><br>    Plaintiff,<br><br>    v.<br><br>J.C. PENNEY PROPERTIES, INC. and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. : 19CV00653KJM-DB<br><br>**ORDER**<br><br>Action Filed:    April 16, 2019 |

The Court, having received JOINT STIPULATION FOR ORDER TO MODIFY SEPTEMBER 6, 2019 PRETRIAL SCHEDULING ORDER and for good cause having been shown, Pretrial Scheduling Order is modified as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | May 1, 2020 | July 1, 2020 |
| Expert Disclosures | August 3, 2020 | October 3, 2020 |
| Rebuttal Expert Disclosures | September 4, 2020 | November 4, 2020 |
| Completion of Expert Discovery | October 2, 2020 | December 2, 2020 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 11).

**IT IS HEREBY ORDERED.**

DATED: April 9, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE