UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IRMA G. CORDERO, | No. 2:19-cv-00653-KJM-DB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| J.C. PENNEY PROPERTIES, INC., et al., | |
| Defendants. | |

On May 15, 2020, defendant J.C. Penney Properties, Inc. filed a petition for bankruptcy in the United States Bankruptcy Court for the Southern District of Texas.  This action is hereby stayed under 11 U.S.C. § 362(a).  All currently scheduled dates presently set before Judge Mueller are hereby VACATED.  The parties are hereby ordered to file a Joint Status Report 90 days from the date of this order and every 90 days thereafter.  The parties must notify the court within seven days when this case is ready to proceed.

IT IS SO ORDERED.

DATED: June 3, 2020.

CHIEF UNITED STATES DISTRICT JUDGE

1