UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irma G. Cordero,<br><br>              Plaintiff,<br><br>     v.<br><br>J.C. Penney Corporation, Inc., et al.,<br><br>              Defendants. | No. 2:19-cv-00653-KJM-DB<br><br>ORDER |

In a previous order, the court ordered the parties to file joint status reports every 90 days while this case is stayed under 11 U.S.C. § 362(a).  ECF No. 16.  The parties filed a joint status a joint report late last year, ECF No. 17, but have not filed any further reports.  The parties are thus **ordered to show cause** within fourteen days why the court should not impose monetary sanctions of $250 on each party for failure to comply with this court's previous order.

     IT IS SO ORDERED.

DATED: June 9, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1