UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irma G. Cordero,<br><br>             Plaintiff,<br><br>      v.<br><br>J.C. Penney Corporation, Inc., et al.,<br><br>             Defendants. | No. 2:19-cv-00653-KJM-DB<br><br>ORDER |

The parties have not complied with this court's previous order to submit periodic joint status reports while the action is stayed.  *See* Stay Order, ECF No. 16; Order to Show Cause, ECF No. 19, *discharged*, ECF No. 21.  In late July of this year, they gave notice of an informal settlement agreement, but since then, nothing more has been filed.  Plaintiff is **ordered to show cause within fourteen days** why this action should not be dismissed for failure to comply with court orders.  *See Applied Underwriters, Inc. v. Lichtenegger*, 913 F.3d 884, 890 (9th Cir. 2019) (listing relevant considerations).

IT IS SO ORDERED.

DATED: November 28, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1