UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irma Cordero, | No. 2:19-cv-00653-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| J.C. Penney Corporation, Inc., et al., | |
| Defendants. | |

This action is stayed under 11 U.S.C. § 362(a). *See* Prev. Order, ECF No. 16. In June 2020, this court directed the parties to file periodic joint status reports while the case was stayed. *See id.* The parties have not filed joint status reports as ordered. *See* Order to Show Cause (June 9, 2022), ECF No. 19; Min. Order (June 29, 2022), ECF No. 21; Order to Show Cause (Nov. 29, 2022), ECF No. 23. Nor have the parties adequately explained the status of their settlement negotiations and any related bankruptcy matters. For example, the most recent status report, which was filed by plaintiff only, refers to an executed settlement agreement but requests without explanation that the stay remain in place "pending formal resolution and dismissal of this action." ECF No. 26.

**Within seven days**, the parties are directed to file a joint status report explaining in detail the status of their settlement discussions, the status of any related actions, what remains to be done in this action before judgment may be entered, and why this action should not be closed

1 immediately.  If this joint status report is not filed, the stay will be lifted, and this action will be
2 dismissed for failure to comply with court orders.  See Fed. R. Civ. P. 41(b); *Applied*
3 *Underwriters, Inc. v. Lichtenegger*, 913 F.3d 884, 890 (9th Cir. 2019).
4     IT IS SO ORDERED.
5 DATED:  March 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE